**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 5, 2015

Hon. Benigno Trey Martinez
Martinez, Barrera & Martinez
120 E. Van Buren
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Raul Medina
Attorney at Law
3101 N. Jackson Road
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Ricardo Pumarejo Jr.
Kittleman Thomas, PLLC
4900-B N. 10th Street
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00552-CV
Tr.Ct.No. C-361-11-B
Style:    Nolana Open MRI Center, Inc. v. Guillermo R. Pechero M.D.Ruben D.
         Pechero M.D. Maplestar Orthopedics, P. A.

Dear Sir/Madam:

The appeal in this cause is REINSTATED as of the date of this letter, and the appellate timetables will commence accordingly.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch